|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT |
|  | SOUTHERN DISTRICT OF FLORIDA |
| UNITED STATES OF AMERICA, | CASE NO: 09-20710-CR-GOLD |
| Plaintiff, |  |
| VS. |  |
| RODOLFO ORTIZ, |  |
| Defendant. |  |
| _____/ |  |

# ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before the Court pursuant to the Defendant's Motion to Dismiss Indictment [DE 47]. A review of the docket sheet reveals that on November 30, 2009, the instant motion was referred to Magistrate Judge Chris McAliley [DE 50]. On January 27, 2010, Magistrate Judge Chris McAliley issued an Report and Recommendation [DE 61] in which she recommends that the Defendant's Motion to Dismiss Indictment be denied.

The Defendant filed Objections and Corrected Objections [DE 64 and 65] to the Report and Recommendation and the Government filed a response thereto [DE 67]. On February 17, 2010, the parties presented oral argument and based on the matters presented, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [DE 61] is hereby affirmed and adopted. It is further

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss Indictment [DE 47] is hereby denied

**DONE AND ORDERED** at Miami, Florida, this _____17th_____ day of February, 2010.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Magistrate Judge Chris McAliley
      Counsel of record